NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED ACCESS TECHNOLOGIES, LLC (Formerly Inline Connection Corporation, Broadband Technology Innovations, LLC, and Pie Squared, LLC),**
*Plaintiff-Appellant,*

v.

**EARTHLINK, INC.,**
*Defendant-Cross Appellant.*

---

2010-1251, -1273

---

Appeals from the United States District Court for the District of Delaware in consolidated case nos. 02-CV-0272 and 02-CV-0477, Magistrate Judge Mary Patricia Thynge.

---

**ON MOTION**

---

**O R D E R**

The appellants move without opposition to substitute United Access Technologies, LLC as plaintiff-appellant pursuant to Rule 43(b) of the Federal Rules of Appellate Procedure and for an extension of time, until August 13, 2010, to file the opening brief. Attorneys from Fish & Richardson, P.C. also move for leave to withdraw as coun-

sel and to substitute Alfonso Garcia Chan as principal counsel for the appellants.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

JUN 2 3 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert E. Hillman, Esq.
Louis Norwood Jameson, Esq.
Alfonso Garcia Chan, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 3 2010

JAN HORBALY
CLERK